No. 6,806.—STATE ex Rel. LIVESTOCK COMMISSION OF THE STATE OF MONTANA, Relator, v. FISH AND GAME COMMISSION OF THE STATE OF MONTANA et al., Respondents.

Decided December 16, 1930.

PER CURIAM.—Upon motion of the attorney general the above-entitled cause is dismissed without prejudice.

*Mr. L. A. Foot*, Attorney General, and *Mr. S. R. Foot*, Assistant Attorney General, for Relator.